UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROGER PIERCE, | Case No. 22-12786 |
| Plaintiff, | |
| v. | F. Kay Behm |
| | United States District Judge |
| WASHTENAW COUNTY JAIL, | |
| *et al.*, | Curtis Ivy, Jr. |
| Defendants. | United States Magistrate Judge |
| _____/ | |

## ORDER FOR PLAINTIFF TO PROVIDE NAME AND ADDRESSES

Plaintiff, without the assistance of counsel, filed this prisoner civil rights on November 17, 2022. (ECF No. 1). The case was later referred to the undersigned for all pretrial proceedings. (ECF Nos. 8; 16). On February 28, 2023, Plaintiff filed his First Amended Complaint, which named new parties. (ECF No. 20). This matter is presently before the Court regarding issues on the service of Defendants Patrice Morgan and Mr. Kendrick.

To effectuate service on these Defendants, Plaintiff is **ORDERED** to provide the first and last name for Mr. Kendrick and an address where both Defendants may be served on or before April 26, 2023. Plaintiff is cautioned that if the United States Marshal Service ("USMS") cannot effectuate service on the Defendants with the information provided, the onus remains on Plaintiff to discover and submit sufficient information for service of the Defendants. In that

1

event, Plaintiff may be made to show good cause why this action should not be dismissed, without prejudice, as against any defendant that remains unserved after the expiration of the summons.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: March 27, 2023,　　　　　　　　s/Curtis Ivy, Jr.
　　　　　　　　　　　　　　　　　　Curtis Ivy, Jr.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on March 27, 2023.

                                          s/Kristen MacKay
                                          Case Manager
                                          (810) 341-7850