UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROGER PIERCE, | Case No. 22-12786 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| WASHTENAW CO. JAIL, *et al.*, | Curtis Ivy |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S OCTOBER 20, 2023
<u>REPORT AND RECOMMENDATION (ECF No. 74)</u>**

Currently before the court is Magistrate Judge Curtis Ivy's October 20, 2023 Report and Recommendation. (ECF No. 74). Magistrate Judge Ivy recommends denying Plaintiff's motion for preliminary injunction (ECF No. 49). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and

1

**ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 74) and

**DENIES** Plaintiff's motion for preliminary injunction (ECF 49).

    **SO ORDERED**.

Date: November 9, 2023                    s/F. Kay Behm
                                                  F. Kay Behm
                                                  United States District Judge