UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROGER PIERCE, | Case No. 22-12786 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| WASHTENAW CO. JAIL, *et al.*, | Curtis Ivy |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S JULY 15, 2024**
**REPORT AND RECOMMENDATION (ECF No. 87)**

Currently before the court is Magistrate Judge Curtis Ivy's July 15, 2024 Report and Recommendation. (ECF No. 87). Magistrate Judge Ivy recommends dismissing Defendant Patrice Morgan based on the lack of service, despite the court's efforts to serve Morgan and locate an address for personal service. *Id*. Plaintiff was warned on multiple occasions that Morgan would be dismissed if service could not be effectuated. *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149

1

(1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 87) and **DISMISSES** Defendant Patrice Morgan from this lawsuit without prejudice.

**SO ORDERED**.

Date: August 13, 2024                                    s/F. Kay Behm
                                                        F. Kay Behm
                                                        United States District Judge