UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROGER PIERCE, | Case No. 22-12786 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| WASHTENAW CO. JAIL, *et al.*, | Curtis Ivy |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S DECEMBER 16, 2024
<u>REPORT AND RECOMMENDATION (ECF No. 98)</u>**

Currently before the court is Magistrate Judge Curtis Ivy's December 16, 2024 Report and Recommendation.  (ECF No. 98).  Magistrate Judge Ivy recommends dismissing this matter under Federal Rule of Civil Procedure 41(b) because, despite repeated warnings, Plaintiff failed to maintain an updated address on the court's docket.  *Id*.  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.

1

Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 98) and **DISMISSES** this matter under Rule 41(b).  This is a final order and closes the case.

    **SO ORDERED**.

Date: January 15, 2025          s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Judge

Case 4:22-cv-12786-FKB-CI    ECF No. 100, PageID.1133    Filed 01/15/25    Page 2 of 2